| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

CEDRIC TRUE, §
　　　　　　　　　　　　　　§
　　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* §　　CIVIL ACTION H-10-2887
　　　　　　　　　　　　　　§
WANDA ISBELL, *ET AL*, §
　　　　　　　　　　　　　　§
　　　　　　Defendants. §

## Opinion on Dismissal

Cedric True has not responded to the Defendants' motion for summary judgment as ordered on October 5, 2010. In that order, True was told that if he does not timely comply, this case would be dismissed. The complaint will be dismissed for want of prosecution and failure to obey a court order. FED. R. CIV. P. 41(b). The complaint will also be dismissed because the Defendants have shown the absence of facts material to True's claims of deliberate indifference to his medical condition.

Signed April 22, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge